IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE REIS VIEIRA, | No. 2:15-CV-1685-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On August 28, 2015, the court granted plaintiff's motion for leave to proceed in forma pauperis. That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents have been submitted. As of November 12, 2015, plaintiff had not complied and the court issued an order directing plaintiff to show cause why sanctions should not be imposed. A review of the docket reflects that plaintiff has now effected service of process. Good cause appearing therefor, the November 12, 2015, order to show cause is hereby

1 | discharged.
2 |         IT IS SO ORDERED.
3 |
4 | DATED: January 6, 2016
5 |
6 | **CRAIG M. KELLISON**
  | UNITED STATES MAGISTRATE JUDGE

2